



## MEMORANDUM OPINION

No. 04-10-00253-CV

Matt **HORNER**, Melissa Staggs, and Silver Horsman, Inc.,
Appellants

v.

**MMR JOINT VENTURES LTD**., and CG Encino Commons, LLC,
Antonia Citrino and Joseph Geiger,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2008-CVF-001276-D1
Honorable Fred Shannon, Judge Presiding

PER CURIAM

Sitting:      Rebecca Simmons, Justice
             Steven C. Hilbig, Justice
             Marialyn Barnard, Justice

Delivered and Filed:  October 27, 2010

DISMISSED

The parties have filed a joint motion, in accordance with Texas Rule of Appellate Procedure 42.1(a)(2), stating they have resolved the dispute at issue and requesting this court dismiss this appeal. The motion is granted and the appeal is hereby dismissed. TEX. R. APP. P. 42.1(a)(2).

PER CURIAM